IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DONALD GOOLSBY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22-cv-2249 |
| | ) | |
| vs. | ) | |
| | ) | |
| EQUIFAX INFORMATION SERVICES LLC and TRANS UNION LLC, | ) | |
| | ) | |
| Defendants. | ) | |

So Ordered.
/s/ Patricia A. Gaughan
7/17/23

**NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC. *ONLY***

Plaintiff, DONALD GOOLSBY, by and through his undersigned counsel, hereby dismisses the above-captioned proceeding against Defendant TRANS UNION LLC *only* with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendant TRANS UNION LLC has not filed an answer or a motion for summary judgment.

RESPECTFULLY SUBMITTED,

DONALD GOOLSBY

By:  /s/ David B. Levin
     Attorney for Plaintiff
     Law Offices of Todd M. Friedman, P.C.
     707 Skokie Blvd., Suite 600
     Northbrook, IL 60062
     Phone: (224) 218-0882
     Fax: (866) 633-0228
     dlevin@toddflaw.com