IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DONALD GOOLSBY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22-cv-2249 |
| | ) | |
| vs. | ) | |
| | ) | |
| EQUIFAX INFORMATION SERVICES LLC and TRANS UNION LLC, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

So Ordered.
/s/ Patricia A. Gaughan
7/17/23

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO
DEFENDANT EQUIFAX INFORMATION SERVICES LLC *ONLY***

Plaintiff, DONALD GOOLSBY, and Defendant EQUIFAX INFORMATION SERVICES LLC, by and through their undersigned attorneys, hereby stipulate to the dismissal of this Action with prejudice as to Plaintiff's claims against Defendant EQUIFAX INFORMATION SERVICES LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

| | |
|---|---|
| RESPECTFULLY SUBMITTED, | RESPECTFULLY SUBMITTED, |
| DONALD GOOLSBY | EQUIFAX INFORMATION SERVICES LLC |
| By: /s/ David B. Levin<br>Attorney for Plaintiffs<br>Law Offices of Todd M. Friedman, P.C.<br>707 Skokie Blvd., Suite 600<br>Northbrook, IL 60062<br>Ph.: (224) 218-0882<br>dlevin@toddflaw.com | By: /s/ David A. Wallace<br>Attorney for Defendant<br>Carpenter Lipps LLP<br>280 N. High Street, Ste 1300<br>Columbus OH 43215<br>Ph.: (614) 365-4100<br>wallace@carpenterlipps.com |